THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Arthur Garfield, Appellant.
 
 
 

Appeal From Beaufort County
Jackson V. Gregory, Circuit Court Judge

Unpublished Opinion No. 2004-UP-557
Submitted November 1, 2004  November 5, 2004

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Randolph Murdaugh, III, of Hampton, for Respondent.
 
 
 

PER CURIAM:  Arthur Garfield pled guilty to failure to stop for a blue light and five counts of second degree burglary, non-violent.  He was sentenced to three years for the failure to stop and fifteen years for each count of second degree burglary, to be served concurrently.  Garfield was ordered to pay restitution in the amount of $4,070.  Garfields appellate counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved from representation, asserting there are no directly appealable issues of arguable merit.  Garfield did not file a pro se response with the Court.
After a review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
ANDERSON, STILWELL, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.